IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN ZEPEDA, | ) | |
| Petitioner, | ) | No. C 09-3844 CRB (PR) |
| vs. | ) | ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS |
| FEDERAL BUREAU OF PRISONS, | ) | |
| Respondent. | ) | (Doc # 3) |

On April 6, 2007, this court (Jensen, J.) sentenced petitioner to a term of eighteen months, and three years of supervised release, for conspiracy to commit mail fraud. See United States v. Zepeda. No. CR 05-0523 DLJ (N.D. Cal. Apr. 6, 2007) (judgment).

On July 19, 2007, the Alameda County Superior Court sentenced petitioner to a term of eight years for assault with a firearm and, according to petitioner, stated that the state sentence was to run concurrently with his federal sentence.

Petitioner, who is currently in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), seeks a writ of habeas corpus under 28 U.S.C. § 2241compelling the Federal Bureau of Prisons ("BOP") to comply with the state court's wishes and have his state sentence run concurrently with his federal sentence. He also seeks leave to proceed in forma pauperios.

      Based solely on his affidavit of poverty, petitioner's application for leave to proceed in forma pauperis (doc # 3) is GRANTED.  But the petition for a writ of habeas corpus is DENIED because it is well established in this circuit that concurrent state and federal sentences imposed by state judges are nothing more than recommendations to federal officials, who remain free to turn those concurrent sentences into consecutive sentences by refusing to accept the state prisoner until the completion of the state sentence and refusing to credit the time the prisoner spent in state custody.  See <u>Taylor v. Sawyer</u>, 284 F.3d 1143, 1150 (9th Cir. 2002); <u>see also</u> <u>United States v. Smith</u>, 5 F.3d 259, 261 (7th Cir. 1993) (due process not violated when government deprives defendant of opportunity to serve state and federal sentences concurrently).

      The clerk shall enter judgment in favor of respondent and close the file.

SO ORDERED.

DATED: <u>Oct. 8, 2009</u>

                                    CHARLES R. BREYER
                                    United States District Judge

G:\PRO-SE\CRB\HC.09\Zepeda, A1.denial.wpd