IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ZEPEDA, ) <br> ) <br>     Petitioner, ) <br> ) <br> vs. ) <br> ) <br> FEDERAL BUREAU OF PRISONS, ) <br> ) <br>     Respondent. ) <br> ) | No. C 09-3844 CRB (PR) <br><br> ORDER DENYING CERTIFICATE OF APPEALABILITY <br><br> (Docket # 6) |

On October 15, 2009, the court denied on the merits petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 compelling the Federal Bureau of Prisons ("BOP") to comply with a state court's wishes and have petitioner's state sentence run concurrently with his federal sentence. Petitioner has filed a notice of appeal and request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

Petitioner's request for a certificate of appealability (docket # 6) is DENIED as unnecessary. See Forde v. U.S. Parole Comm'n, 114 F.3d 878, 879 (9th Cir. 1997) (no certificate of appealability required for appeal from denial of § 2241 petition challenging execution of federal sentence).

The clerk shall process the appeal.

SO ORDERED.

DATED: Dec. 17, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.09\Zepeda, A1.coa.wpd